This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 31, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

IN RE:  
   Sean C. Gibson

   Debtor

Case No: 19-30293  
(Chapter 13)

JUDGE GUY R. HUMPHREY

## AMENDED PAYROLL DEDUCTION ORDER (Doc. 15)

The above named debtor Sean C. Gibson filed a Chapter 13 Plan in the United States Bankruptcy Court (Doc. 48). A prior Payroll Deduction Order has been filed with the Court. (Doc. 15).

IT IS ORDERED that FUYAO GLASS AMERICA INC deduct from the earnings of the Debtor, S.S.N. XXX-XX-7726 the sum of $683.08 BI-WEEKLY beginning with the next pay day following the receipt of this order and to deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payments for or on account of vacation, termination, or other benefits arising out of present or past employment and to remit the sum so deducted to the Chapter 13 Trustee **AT LEAST MONTHLY** including the employee name and case number, 19-30293. The employer is not authorized to deduct any administration expense or service fee for this deduction. The Trustee's name and lock box address for payments is:

JOHN G. JANSING, CHAPTER 13 TRUSTEE  
P.O. Box 6002, Memphis, TN 38101-6002

The employer may stop this deduction only upon a court order or written notice from the Chapter 13 Trustee. The employer has twenty one (21) days from the entry of this order to file a written objection and a request for a hearing.

IT IS SO ORDERED.

**Copies:**
Default List Plus Additional Parties.

FUYAO GLASS AMERICA INC, ATTN PAYROLL DEPT, 2801 W STROOP RD, MORAINE, OH 45439