**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 27, 2020**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-30293 |
| | | CHAPTER 13 |
| Sean C. Gibson | : | JUDGE Humphrey |
| | : | **ORDER ON APPLICATION** |
| Debtors | | **FOR COMPENSATION (DOC. 65)** |

___

This matter came on for consideration upon the Application for Compensation filed in the above captioned case on January 22, 2020, Docket Number 65. The Court finds that no response in opposition to said additional fees being filed, and upon the Court's own individual review of the request, finds that Debtor's Counsel, Christopher S. Owen, is hereby awarded $1,558.00 as and for additional attorney fees and $122.38 as and for reimbursement of expenses.

SO BE IT ORDERED.

/s/ Christopher S. Owen
___

Christopher S. Owen, #0080766
Attorney for Debtor
1344 Woodman Drive
Suite F
Dayton, OH  45432
(937) 258-3668


Service to:

Default List